UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN BUCHWALD, *as the administrator of the estate of Martyn Buchwald a/k/a Marty Balin*, *and* SUSAN BALIN,

              Plaintiff,

– against –

GIANLUCA TORREGROSSA, M.D.,

             Defendants.

**ORDER**

18 Civ. 8314 (ER)

RAMOS, D.J.:

On December 4, 2018, this case was consolidated with 18 Civ. 7451 (ER).  Doc. 8.  The consolidated cases were voluntarily dismissed on March 10, 2020, and 18 Civ. 7451 was terminated.  18 Civ. 7451, Doc. 51.  Accordingly, the Clerk of Court is respectfully directed to close this case, as well.

It is SO ORDERED.

Dated:    September 29, 2020
             New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.